No. 572. GYPSY OIL COMPANY *v.* LEO BENNETT ESCOE, A MINOR, BY O. W. STEPHENS, GUARDIAN. See *ante,* p. 498.

No. 576. W. E. THOMAS, TRUSTEE, *v.* J. M. LESTER. November 28, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Arkansas denied. *Messrs. H. Rozier Dulany, Jr., A. L. Adams* and *H. L. Ponder* for petitioner. *Messrs. J. Merrick Moore* and *Clifton W. Gray* for respondent.

No. 580. LEO J. GONCH *v.* REPUBLIC STORAGE COMPANY, INC. November 28, 1927. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. John P. Loughran* for petitioner. *Mr. Outerbridge Horsey* for respondent.

No. 581. AMERICAN COLONIAL BANK OF PORTO RICO *v.* MERCEDES GUERRA Y COBIAN ET AL.; and
No. 582. SAME *v.* SAME. November 28, 1927. Petition for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Francis E. Neagle* for petitioner. *Mr. Hugh R. Francis* for respondents.

No. 584. L. F. VANCE *v.* CHICAGO PORTRAIT COMPANY ET AL. November 28, 1927. Petition for a writ of certiorari to the District Court of the United States for the Northern District of Illinois denied. *Mr. L. F. Vance, pro se. Mr. John T. Evans* for respondents.

No. 585. L. F. VANCE *v.* CHICAGO PORTRAIT COMPANY. November 28, 1927. Petition for a writ of certiorari to